IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TOREY CHRISTOPHER GEILE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D16-5466

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed August 1, 2017.

Petition for Writ of Prohibition – Original Jurisdiction.

Clay B. Adkinson of Adkinson Law Firm, LLC, DeFuniak Springs, for Petitioner.

Pamela Jo Bondi, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.